

U.S. Department of State

# THE FOREIGN SERVICE OF THE UNITED STATES OF AMERICA
## REFUSAL WORKSHEET

Date:        19-Oct-2010
Visa Symbol: B1/B2

**RUZANA MANTILLA Enrique**
Name *(Last, First, Middle)*

2007114 628 4 BGT

Dear Visa Applicant:

This office regrets to inform you that it is unable to issue a visa to you because you have been found ineligible to receive a visa under the following section(s) of the Immigration and Nationality Act. The information contained in the paragraphs marked with "X" pertain to your visa application. Please disregard the unmarked paragraphs.

☐ Section 221(g) which prohibits the issuance of a visa to anyone whose application does not comply with the provisions of the Immigration and Nationality Act or regulations issued pursuant thereto. The following remarks apply in your case:*

☐ Section 212(a)(1) health-related grounds.

☐ Section 212(a)(4) which prohibits the issuance of a visa to anyone likely to become a public charge.

☒ Section 212(a)(2) CI

☐ Other:

☐ Further consideration will be given to your visa application after you obtain and present the documents listed above and/or the following:*

☐ You are eligible to apply for a waiver of the ground(s) of ineligibility.

*WARNING: IF YOU FAIL TO TAKE THE ACTION REQUESTED WITHIN ONE YEAR FOLLOWING VISA DENIAL UNDER SECTION 221(G) OF THE IMMIGRATION AND NATIONALITY ACT, SECTION 223(G) OF THE ACT REQUIRES THAT YOUR APPLICATION BE CANCELLED.

Sincerely yours,

_____
American Consular Officer

OF-194
04-2008