**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 12-21109-CIV-LENARD/O'SULLIVAN**

**ENRIQUE PUYANA MANTILLA**,

Plaintiff,

vs.

**UNITED STATES DEPARTMENT OF STATE, HILLARY RODHAM CLINTON, Secretary of State, ERIC H. HOLDER, JR., United States Attorney General, WIFREDO A. FERRER, United States Attorney, Southern District of Florida**,

Defendants.
____________________________________/

**JOINT CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| | | | |
|---|---|---|---|
| 1. | Motions concerning Discovery | Yes _____ | No _____ |
| 2. | Motions for Costs | Yes _____ | No _____ |
| 3. | Motions for Attorney's Fees | Yes _____ | No _____ |
| 4. | Motions for Sanctions or Contempt | Yes _____ | No _____ |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | Yes _____ | No _____ |
| 6. | Motions to Certify or Decertify Class | Yes _____ | No _____ |
| 7. | Motions for Preliminary Injunction | Yes _____ | No _____ |
| 8. | Motions for Summary Judgment | Yes _____ | No _____ |
| 9. | Motions to Remand (in removal cases) | Yes______ | No _____ |
| 10. | All other Pre-Trial Motions | Yes _____ | No _____ |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine | Yes _____ | No _____ |

______________________________ (Date)

_____________________________________________
Signature of _________________________________
Counsel for _________________________________

______________________________ (Date)

_____________________________________________
Signature of_________________________________
Counsel for _________________________________

Case No. 12-21109-CIV-LENARD/O'SULLIVAN

| | |
|---|---|
| ______________________________ (Date) | ____________________________________________ Signature of _________________________________ Counsel for _________________________________ |
| ______________________________ (Date) | ____________________________________________ Signature of_________________________________ Counsel for _________________________________ |