UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-21109-LENARD/O'SULLIVAN

ENRIQUE PUYANA MANTILLA

    Plaintiff,

vs.

UNITED STATES DEPARTMENT OF STATE,
HILLARY RODHAM CLINTON, Secretary of State,
ERICH HOLDER, JR., United States Attorney General,
WILFREDO FERRER, United States Attorney,
Southern District of Florida,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

    COMES NOW the Plaintiff, ENRIQUE PUYANA MANTILLA, by and through undersigned counsel and files herewith its complete list of parties and entities who may have an interest, financial or otherwise, in the outcome of this case:

**MARIA JULIANA DIMARCO GOMEZ,**

**CAROLE M. FERNANDEZ,** U.S. Attorney's Office

**WIFREDO A. FERRER,** U.S. Attorney

**ERIC H. HOLDER, JR.,** U.S. Attorney General

**IRWIN G. LICHTER,** Plaintiff Attorney

**ENRIQUE PUYANA-DIMARCO**

**ENRIQUE PUYANA-MANTILLA**

2

**HILLARY RODHAM CLINTON, Secretary of State**

**OFFICE OF THE U.S. ATTORNEY**

**U.S. DEPARTMENT OF JUSTICE**

**U.S. DEPARTMENT OF STATE**

                                      Respectfully submitted,

                                      s/ Irwin G. Lichter
                                      IRWIN G. LICHTER
                                      Attorney for Plaintiff
                                      321 N. E. 26th Street
                                      Miami, Florida  33137
                                      Fla. Bar No. 147988
                                      Tel:  (305) 573-0551
                                      Fax:  (305) 573-6251
                                      Email: eldoctor321@aol.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically submitted this    3     day of May, 2012, to the following:

**CAROLE M. FERNANDEZ**
U.S. ATTORNEY'S OFFICE
Federal Justice Building
99 N.E. 4th Street
Miami, Florida 33132

Office of Information Programs and Services
A/GIS/IPS/RL
**U.S. DEPARTMENT OF STATE**
Washington, D.C. 20522-8100

**HILLARY RODHAM CLINTON, Secretary of State,**
U.S. Department of State
2201 C Street NW
Washington, DC 20520

**ERIC H. HOLDER, JR., U.S. Attorney General**
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20529-001

**WIFREDO A. FERRER, U.S. Attorney**
Southern District of Florida
OFFICE OF THE U.S. ATTORNEY
99 N.E. 4th Street
Miami, Florida 33132

                                                                s/ Irwin G. Lichter
                                                                IRWIN G. LICHTER