UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-21109-CIV-O'SULLIVAN

[CONSENT]

ENRIQUE PUYANA MANTILLA,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE,
et al.,

    Defendants.
_____/

### ORDER

THIS MATTER is before the Court sua sponte. On February 1, 2013, the undersigned issued an Order denying the Defendants' Motion for Reconsideration (DE# 24, 10/9/12) and granting the Defendants' Supplemental Motion for Summary Judgment (DE# 31, 11/2/13). There are no additional matters pending before this Court. Accordingly, it is

ORDERED AND ADJUDGED that this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida this **1st** day of February, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record